IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONNA HALL, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 22-CV-080-TCK-SH |
| | ) |
| **KIA MOTORS CORPORATION,** | ) |
| **a/k/a KIA CORPORATION, a South** | ) |
| **Korean corporation, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 11). Plaintiff's Motion to Remand is hereby GRANTED pursuant to 28 U.S.C. §1447(c) due to the Court's lack of subject matter jurisdiction. *See* 28 U.S.C., §1332(a). The case is REMANDED to the District Court of Creek County-Bristow Division, Oklahoma.

**IT IS SO ORDERED this 29th day of April, 2022.**

*/s/ Terence Kern*
**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**